# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

AMANDA A. PARFAIT,

      Plaintiff,

v.                                                                     Case No. 6:25-cv-1297-PGB-NWH

NRA GROUP, LLC d/b/a NATIONAL
RECOVERY AGENCY,

      Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, NRA GROUP, LLC WITH CONSENT

Pursuant to Local Rule 2.02(c), Daniel C. Self, Esq. ("Attorney Self") and Ty D. Robare, Esq. ("Attorney Robare") of the law firm of Jimerson Birr, P.A., hereby move for an Order authorizing Attorney Self and Attorney Robare to withdraw from representing Defendant, NRA Group, LLC ("Defendant") on behalf of Jimerson Birr, P.A., in this action. In support of this Motion, the undersigned state as follows:

1.      After counseling with Attorney Self and Attorney Robare, Defendant does not desire to further defend itself in the above-captioned action.

2.      Therefore, sufficient grounds exist, consistent with Rule 4-1.16(b) of the Florida Bar Rules of Professional Conduct, to permit Attorney Self and Attorney Robare to withdraw as counsel of record for Defendant.

1

3. On or about March 16, 2026, Attorney Self and Attorney Robare discussed withdrawal from the above-captioned case with Defendant.

4. On or about March 24, 2026, Defendant consented to Attorney Self and Attorney Robare withdrawing from the present action via email.

5. Defendant consents to Attorney Self's and Attorney Robare's withdrawal from this matter. A true and accurate copy of that certain Defendant's Consent to Withdrawal of Counsel, dated April 2, 2026, submitted here with **Exhibit 1**.

6. Accordingly, Attorney Self's and Attorney Robare's withdrawal can be accomplished without material adverse effect on the Defendant, who, after counseling as to the effect of withdrawal, requested and consented to Attorney Self and Attorney Robare withdrawing as counsel in the above captioned matter.

7. The entry of an order granting the withdrawal of Attorney Self and Attorney Robare will not prejudice any party, as Plaintiff seeks an Entry of Default Judgment [ECF 21; ECF 36], which would not be negatively impacted by Attorney Self and Attorney Robare's withdrawal from the above captioned matter.

8. Upon withdrawal, the undersigned request that all further pleadings, motions and other papers be served on Defendant as follows:

| Party: | Email | Via: |
|---|---|---|
| NRA GROUP, LLC c/o CT Corporation System, its Registered Agent 12 South Pine Island Rd Plantation, FL 33324 | [llong@nragroup.com](mailto:llong@nragroup.com) | ☑ Electronic Mail ☐ First Class Mail |

9. The undersigned represent that this Motion is made in good faith and not for the purposes of unduly delaying proceedings herein.

10. Attorney Self's and Attorney Robare's withdrawal from this matter will not cause a continuance of trial.

WHEREFORE, Attorneys, Daniel C. Self, Esq. and Ty D. Robare, Esq., of Jimerson Birr, P.A. respectfully request that this Court (i) enter an Order permitting their withdrawal as counsel for Defendant NRA Group, LLC; and (ii) provide for such other and further relief as the Court deems necessary and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g) and its attendant requirement for the parties to meet and confer in good faith, Plaintiff and counsel for Defendant conferred via telephone and electronic email on April 2, 2026, regarding this Motion, and Plaintiff opposes the relief requested herein.

**JIMERSON BIRR, P.A.**

By: */s/ Daniel C. Self*
    Daniel C. Self
    Florida Bar No. 1069217
    dself@jimersonfirm.com
    Ty. D. Robare
    Florida Bar No. 1054101
    trobare@jimersonfirm.com
    701 Riverside Park Place
    Jacksonville, FL 32204
    Telephone: (904) 389-0050
    Facsimile: (904) 212-1269
    dorothyo@jimersonfirm.com
    *Attorneys for NRA Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that the foregoing document was electronically filed with the U.S. District Court on this 2nd day of April, 2026, via CM/ECF and was served this day on Plaintiff via email to the address listed below in her Amended Complaint.

Amanda A. Parfait, *pro se*
10422 Bridlewood Ave
Orlando, FL 32825
sewtillblue@gmail.com

    */s/ Daniel C. Self*
    Attorney

4